# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lehrburger, Robert W. | U.S. District Court, Southern District of New York | 08/08/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge (full-time) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

Daniel Patrick Moynihan United States Courthouse
500 Pearl St
New York, NY 10007

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Trustee | Trust #2 |
| 3. | Trustee | Trust #3 |
| 4. | Trustee | Trust #4 (no reportable holdings) |
| 5. | Board Member | Scarsdale Village Board of Ethics |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1991 | Patterson Belknap Webb & Tyler LLP (former law firm) - two Defined Benefit plans |
| 2. | 1990 | Patterson Belknap Webb & Tyler LLP (former law firm) - 401(k) (included in Part VII) |
| 3. | 1998 | Patterson Belknap Webb & Tyler LLP (former law firm) - Cash Balance Retirement Plan (no control) |

| Name of Person Reporting | Date of Report |
|---|---|
| Lehrburger, Robert W. | 08/08/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Self-employed (financial services consulting) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lehrburger, Robert W. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank (cash) | A | Interest | M | T | | | | | 69 |
| 2. Bank of Texas (cash) | A | Interest | P1 | T | | | | | 70 |
| 3. Chase Private Bank (cash) (X) | A | Interest | N | T | | | | | |
| 4. LONG TERM CARE - WHOLE LIFE INSURANCE - Mass Mutual Life Ins. Co. | A | Interest | O | T | | | | | 86 |
| 5. U.S. FEDERAL INFLATION BONDS | D | Interest | O | T | | | | | 88 |
| 6. LAW FIRM CAPITAL from Patterson Belknap Webb & Tyler LLP | | None | | | Distributed (part) | 01/11/18 | L | | 66 |
| 7. | | | | | Distributed (part) | 04/06/18 | L | | |
| 8. | | | | | Distributed (part) | 06/08/18 | L | | |
| 9. | | | | | Distributed | 09/07/18 | L | | |
| 10. Fidelity NY AMT Tax Free Money Market Fund (FSNXX) (cash equiv) | D | Dividend | P1 | T | Buy (add'l) | 05/08/18 | O | | 76 |
| 11. | | | | | Sold (part) | 10/09/18 | O | | |
| 12. IRA #1 (H) | | | | | | | | | |
| 13. Fidelity Government Money Market Fund (SPAXX) (cash equiv) | C | Dividend | K | T | | | | | 75 |
| 14. IRA #2 (H) | | | | | | | | | |
| 15. Fidelity Four In One Index Fund (FFNOX) | B | Dividend | K | T | | | | | 52 |
| 16. TRUST ACCOUNT #1 (H) | | | | | | | | | |
| 17. Fidelity Cash Fund (cash) | A | Interest | M | T | | | | | 2 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lehrburger, Robert W. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Balanced Fund (FBALX) | E | Dividend | M | T | Buy (add'l) | 05/09/18 | L | | 3 |
| 19. Fidelity Limited Term Muni Income Fund (FSTFX) | C | Dividend | M | T | | | | | 5 |
| 20. Fidelity NY AMT Tax-Free Money Market Fund (FSNXX) (cash equiv) | C | Dividend | N | T | Buy (add'l) | 05/08/18 | L | | 4 |
| 21. TRUST ACCOUNT #2 (H) | | | | | | | | | |
| 22. Fidelity Government Money Market Fund (SPAXX) (cash) | A | Dividend | K | T | | | | | 9 |
| 23. Fidelity Tot Mkt Indx Instl Prem (FSKAX) | C | Dividend | M | T | Buy | 07/17/18 | M | | |
| 24. Fidelity Four In One Index Fund (FFNOX) | E | Dividend | O | T | | | | | 11 |
| 25. Fidelity Government Income Fund (FGOVX) | B | Dividend | | | Sold | 07/17/18 | M | | 14 |
| 26. Fidelity NY Muni Income Fund (FTFMX) | D | Dividend | M | T | Sold (part) | 07/17/18 | K | | 13 |
| 27. Fidelity NY AMT Tax Free Money Market Fund (FSNXX) (cash equiv) | C | Dividend | N | T | | | | | 12 |
| 28. Ishares Edge MSCI Min Vol USA ETF (USMV) | B | Dividend | L | T | | | | | 16 |
| 29. Vanguard Whitehall FDS High Dividend Yield ETF SHS (VYM) | C | Dividend | L | T | | | | | 17 |
| 30. Ishares National Muni Bond Fund (MUB) | C | Dividend | M | T | | | | | 15 |
| 31. TRUST ACCOUNT #3 (H) | | | | | | | | | |
| 32. Fidelity Government Money Market Fund (SPAXX) (cash) | A | Interest | K | T | | | | | 21 |
| 33. Fidelity Total Mkt Index (FSKAX) (formerly Premium (FSTVX)) | C | Dividend | M | T | Buy | 07/17/18 | M | | |
| 34. Fidelity Four In One Index Fund (FFNOX) | E | Dividend | O | T | | | | | 23 |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lehrburger, Robert W. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity Government Income Fund (FGOVX) | B | Dividend | | | Sold | 07/17/18 | M | | 24 |
| 36. Fidelity New York Muni Income Fund (FTFMX) | D | Dividend | M | T | Sold (part) | 07/17/18 | K | | 26 |
| 37. Fidelity NY AMT Tax Free Money Market Fund (FSNXX) (cash equiv) | C | Dividend | N | T | | | | | 25 |
| 38. Ishares Edge MSCI Min Vol USA ETF (USMV) | B | Dividend | L | T | | | | | 28 |
| 39. Vanguard Whitehall FDS High Dividend Yield ETF (VYM) | B | Dividend | L | T | | | | | 29 |
| 40. Ishares National Muni Fund (MUB) | C | Dividend | M | T | | | | | 27 |
| 41. 529 PLAN #1 (H) | | | | | | | | | |
| 42. Vanguard Moderate Age-Based Option: Disciplined Growth Portfolio | | None | O | T | | | | | 33 |
| 43. 529 PLAN #2 (H) | | | | | | | | | |
| 44. Vanguard Moderate Age-Based Option: Conservative Portfolio | | None | | | Sold | 10/08/18 | N | | 35 |
| 45. Vanguard Moderate Age-Based Option: Income Portfolio | | None | M | T | Buy | 10/08/18 | N | | |
| 46. DEFINED CONTRIBUTION PLAN #1 (H) | | | | | | | | | |
| 47. Vanguard Institutional Index Fund Institutional Shares (VINIX) | | None | | | Distributed | 03/14/18 | O | | 47 |
| 48. Vanguard Primecap Fund Admiral Shares (VPMAX) | | None | | | Distributed | 03/14/18 | O | | 49 |
| 49. Vanguard Growth and Income Fund Admiral Shares (VGIAX) | | None | | | Distributed | 03/14/18 | N | | 46 |
| 50. Vanguard International Growth Fund Admiral Shares (VWILX) | | None | | | Distributed | 03/14/18 | L | | 48 |
| 51. 401(k) ACCOUNT #1 (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lehrburger, Robert W. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. CASH BALANCE PLAN via Patterson Belknap Webb & Tyler LLP | | None | | | Distributed | 03/14/18 | O | | 65 |
| 53. Vanguard Institutional Index und Institutional Shares (VINIX) | | None | | | Distributed | 03/14/18 | N | | 39 |
| 54. Vanguard Primecap Fund Admiral Shares (VPMAX) | | None | | | Distributed | 03/14/18 | N | | 42 |
| 55. Vanguard Small-Cap Index Fund Instittutional Shares (VSCIX) | | None | | | Distributed | 03/14/18 | L | | 43 |
| 56. Vanguard Growth and Income Fund Admiral Shares (VGIAX) | | None | | | Distributed | 03/14/18 | M | | 38 |
| 57. Vanguard Morgan Growth Fund Admiral Shares (VMRAX) | | None | | | Distributed | 03/14/18 | M | | 41 |
| 58. Vanguard International Growth Fund Admiral Shares (VWILX) | | None | | | Distributed | 03/14/18 | L | | 40 |
| 59. 401(k) ACCOUNT #2 (H) | | | | | | | | | |
| 60. Fidelity Blue Chip Growth K (FBGKX) | E | Dividend | N | T | | | | | 58 |
| 61. Fidelity 500 Index Fund (FXAIX) (X) | A | Dividend | J | T | | | | | |
| 62. Vanguard Primecap Core (VPCCX) | E | Dividend | N | T | | | | | 60 |
| 63. Fidelity Managed Income Portfolio II Cl 3 (MIP II CL 3) | A | Dividend | K | T | | | | | 57 |
| 64. Vanguard Target 2015 (VTXVX) | A | Dividend | K | T | | | | | 55 |
| 65. Vanguard Target 2025 (VTTVX) | A | Dividend | L | T | | | | | 56 |
| 66. RETIREMENT ACCOUNT #1 (H) | | | | | | | | | |
| 67. EY FIRM CAPITAL | | None | N | U | | | | | 63 |
| 68. HEALTH SAVINGS ACCOUNT (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lehrburger, Robert W. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Fidelity FDIC Insured Money Sweep (cash) | A | Interest | K | T | | | | | 84 |
| 70. BROKERAGE #1 (H) | | | | | | | | | |
| 71. Fidelity 500 Index Inst Prem (FXAIX) (X) | E | Dividend | P1 | T | Buy (add'l) | 10/16/18 | J | | |
| 72. | | | | | Buy (add'l) | 11/02/18 | J | | |
| 73. | | | | | Buy (add'l) | 11/16/18 | J | | |
| 74. | | | | | Buy (add'l) | 12/04/18 | J | | |
| 75. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 76. Fidelity NY AMT Tax-Free Money Mkt (FSNXX) (cash equiv) (X) | D | Dividend | O | T | Sold (part) | 10/09/18 | K | | |
| 77. | | | | | Sold (part) | 10/16/18 | J | | |
| 78. | | | | | Sold (part) | 10/23/18 | K | | |
| 79. | | | | | Sold (part) | 11/16/18 | J | | |
| 80. | | | | | Sold (part) | 12/18/18 | J | | |
| 81. | | | | | Sold (part) | 12/27/18 | K | | |
| 82. BROKERAGE #2 (H) | | | | | | | | | |
| 83. Fidelity 500 Index Fund (FXAIX) (Formerly Premium Fund (FUSVX)) | F | Dividend | P1 | T | | | | | 79 |
| 84. Fidelity U.S. Bond Index Fund (FXNAX) (Formerly Premium Class (FSITX)) | D | Dividend | M | T | | | | | 80 |
| 85. Fidelity New York Muni Income (FTFMX) | A | Dividend | K | T | | | | | 81 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lehrburger, Robert W. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. BROKERAGE #3 (H) | | | | | | | | | |
| 87. Fidelity Govt Cash Reserves (FDRXX) (cash) (X) | C | Interest | N | T | | | | | |
| 88. NY St. Twy Auth St Persi State Personal 3/15/2018 (650028SH7) | B | Interest | | | Redeemed | 03/15/18 | M | | 104 |
| 89. NYC Municipal Waterfinance Auth. Water and Sewers 06/15/22 (64972FXP6) | C | Interest | | | Redeemed | 06/15/18 | M | | 91 |
| 90. NY NY Go Bds Ser.2009 A-1 08/15/27 (64966MDH9) (X) | D | Interest | | | Redeemed | 08/15/18 | M | | |
| 91. Port Authority NY&NJ Consolidated BDS 12/12018 (73358WHHO) | D | Interest | | | Redeemed | 12/03/18 | M | | 94 |
| 92. Erie Cty NY Indl Dev Agy Schfac Rev City Sch 5/1/2031 (29509PGC7) | D | Interest | M | T | | | | | 100 |
| 93. NY St Twy Auth Gen Rev Jr Indbt 05/01/19 (650010AD3) (X) | D | Interest | M | T | | | | | |
| 94. New Jersey St. Transportation Tr. Fd. 6/15/2019 (646136Z46) | C | Interest | M | T | | | | | 92 |
| 95. Canadian Cnty Okla Edl Facs Auth Edl 09/01/19 (135521CD2) (X) | D | Interest | M | T | | | | | |
| 96. Ulster Cnty NY Bd Antic Nts Ser 2018 11/20/19 (903766N9O) | | None | M | T | Buy | 11/20/18 | M | | |
| 97. Brooklyn Arena Local Dev Corp Pilot Rev Bonds 7/15/2040 (113807AJ0) | D | Interest | | | Sold | 08/23/18 | M | | 109 |
| 98. Triborough Bridge & Tunnel Auth Y Gen Purp Rev 1/1/2021 (896029YU3) | C | Interest | L | T | | | | | 110 |
| 99. NY St Twy Auth Gen Rev Bds Ser 01/01/22 (64972HP71) | | None | M | T | Buy | 08/30/18 | M | | |
| 100. Erie County NY Fiscal Stability Ref-Sales Tax 5/15/2022 (29508RGS9) | C | Interest | M | T | | | | | 96 |
| 101. NY NY GO Bonds Series B 8/1/2022 (64966J3P9) | C | Interest | M | T | | | | | 107 |
| 102. NY NY CityTransitional Future Tax 11/1/2022 (64971QRN5) | D | Interest | M | T | | | | | 101 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lehrburger, Robert W. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. NY NY City Tr Cultural Rev Bonds 2/1/2023 (649717TF2) | C | Interest | M | T | | | | | 108 |
| 104. Erie Cnty NY Indl Dev Agy Sch Fac Rev 05/01/23 (29509PHK8) | B | Interest | M | T | Buy | 09/26/18 | M | | |
| 105. NY NY City Transitional Fin 07/15/23 (64972HP71) | | None | M | T | Buy | 07/26/18 | M | | |
| 106. Erie Cty NY Indl Dev Agy 5/1/2024 (29509PKV0) | C | Interest | M | T | | | | | 102 |
| 107. Utility Debt Securitzation 6/15/2024 (91802RCS6) | C | Interest | M | T | | | | | 93 |
| 108. NY St Dorm Auth Rev 7/1/2024 (64990HU40) | D | Interest | M | T | | | | | 111 |
| 109. Metropolitan Transp. Auth. NY Rev. and Ref. Bds 11/15/2024 (59261AGV3) | C | Interest | M | T | | | | | 97 |
| 110. Brookhaven NY GO 3/15/2025 4% (113152XB3) | C | Interest | M | T | | | | | 105 |
| 111. Brookhaven NY GO 3/15/2025 5% (113152YH9) | D | Interest | M | T | | | | | 106 |
| 112. NY St Dorm Auth Rev 7/1/2025 (64990CA68) | D | Interest | M | T | | | | | 112 |
| 113. Metropolitan Transp. Authority NY 11/15/2025 (59259N6Y4) | D | Interest | M | T | | | | | 99 |
| 114. Triborough Brdg & Tunl Auth. 11/15/2025 (89602N5C4) | D | Interest | M | T | | | | | 98 |
| 115. NY St Dorm Auth St Pers Income 02/15/26 (64990FFT6) (X) | D | Interest | M | T | | | | | |
| 116. NY St Dorm Auth Revs Non St 07/01/26 (64990CUZ2) (X) | D | Interest | M | T | | | | | |
| 117. NY St Environmental Facs 08/15/26 (64985HXU6) (X) | C | Interest | M | T | | | | | |
| 118. Fort Myers Fla 12/1/2026 (348073DD6) | C | Interest | M | T | | | | | 95 |
| 119. Sachem Cent Sch Dist NY Holbrook Ref 10/15/27 (785721UH2) | C | Interest | M | T | Buy | 01/11/18 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lehrburger, Robert W. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. NY NY City Transitional Fin 08/01/28 (64971XCJ5) (X) | C | Interest | M | T | | | | | |
| 121. Triborough Brdg & Tunl Auth NY Revs 01/01/21 (896029YU3) (X) | C | Interest | | | Redeemed | 01/02/18 | J | | |
| 122. BROKERAGE #4 (H) | | | | | | | | | |
| 123. Fidelity Govt Cash Reserves (FDRXX) (cash) (X) | C | Interest | N | T | | | | | |
| 124. Madison & St. Clair Cntys Ills GO 2/1/2018 (556581GK6) | C | Interest | | | Redeemed | 02/01/18 | N | | 135 |
| 125. Wash Cnty Minn Multi Family Hsg Rev Bds 2/1/2018 (937785ST1) | C | Interest | | | Redeemed | 02/01/18 | N | | 137 |
| 126. Cleveland Cnty Okla Indpt Sch GO Combined Purp Bds 3/1/18 (186072RH9) | A | Interest | | | Redeemed | 03/01/18 | M | A | 129 |
| 127. Lyndhurst Twp NJ Bans Ser 2017 03/15/18 (551324HP4) (X) | D | Interest | | | Redeemed | 03/15/18 | N | | |
| 128. Burke Cnty Ga Dev Auth Pollution Control Rev 10/1/2032 (121342NU9) | B | Interest | | | Redeemed | 04/03/18 | M | | 119 |
| 129. Jonesville Mich Cmnty Schs GO Ref Bds 5/1/2018 (480520ET8) | B | Interest | | | Redeemed | 05/01/18 | M | | 117 |
| 130. NJ St Hsg&Mtg Fanag Rev Bds 5/1/2018 (646108SW1) | B | Interest | | | Redeemed | 05/01/18 | N | | 118 |
| 131. Greater Southn Tier Brd Coop Edl Svcs 06/29/18 (39235RBD6) | C | Interest | | | Buy | 04/25/18 | N | | |
| 132. | | | | | Redeemed | 06/29/18 | N | | |
| 133. NY St. Dorm Auth Revsnon Rev Bds 7/1/2018 (64990BS20) | D | Interest | | | Redeemed | 07/02/18 | N | | 143 |
| 134. Suffolk Cnty NY Tax Antic Nts Ser 2018 07/25/18 (86476PWW4) (X) | D | Interest | | | Redeemed | 07/25/18 | N | | |
| 135. Fort Bend Tex Indpt Scho Distf Var Rt Ultd 8/1/2040 (346843JK2) | B | Interest | | | Sold | 06/19/18 | N | | 138 |
| 136. | | | | | Buy | 06/21/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lehrburger, Robert W. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Redeemed | 08/01/18 | J | | |
| 138. Northern York Cty PA Sch Dist G/O Bk-Qlfd Bds 8/15/2018 (666095NQ3) | D | Interest | | | Redeemed | 08/15/18 | N | | 134 |
| 139. Floyd Cnty Ky Pub PPTYS Corp Rev 9/1/2018 (34365TDP6) | C | Interest | | | Redeemed | 09/04/18 | N | B | 131 |
| 140. Missouri St Ctfs Partn Ref Cops 10/1/2018 (60635ADR2) | D | Interest | | | Sold | 06/19/18 | O | | 121 |
| 141. Wichita Kans Go Temp Nts Ser 286 10/13/18 (967245MB4) (X) | C | Interest | | | Redeemed | 10/15/18 | N | | |
| 142. Mission Tex Economic Dev Corp Solid Waste 12/01/18 (605155AA8) | | None | | | Buy | 08/17/18 | M | | |
| 143. | | | | | Sold | 09/07/18 | M | A | |
| 144. Central Fla Expwy Auth Sr Lien 1/1/2019 (153476AA4) | C | Interest | | | Sold | 06/18/18 | O | | 140 |
| 145. Chicago Ill OHare Intl Arptr Rev Ref Bds 1/1/2019 (167593QV7) | D | Interest | | | Sold | 10/02/18 | N | | 141 |
| 146. Parmer Cty Tex Hosp Dist Ltd Tax GO Ref Bdds 2/5/2019 (701763BC7) | E | Interest | O | T | | | | | 133 |
| 147. New Paltz NY Cent Sch Dist Bldg Impt 02/27/19 (647860FP5) | | None | | | Buy | 02/27/18 | N | | |
| 148. | | | | | Sold | 11/07/18 | N | | |
| 149. Henderson Nev Loc Impt Dists Ltd Oblig 03/01/19 (425208UQ6) (X) | D | Interest | | | Redeemed (part) | 03/01/18 | J | | |
| 150. | | | | | Redeemed (part) | 09/04/18 | J | | |
| 151. | | | | | Sold | 11/01/18 | N | | |
| 152. Colonie NY Bd Antic Nts Ser 2018 03/15/19 (1961448K8) | | None | N | T | Buy | 03/16/18 | N | | |
| 153. Louisville & Jefferson Cnty Me Rev 10/1/2033 (546749AM4) | C | Interest | | | Sold | 12/10/18 | M | | 124 |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lehrburger, Robert W. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Metropolitan Govt Nashville & Collateralized Multi 4/1/19 (592113BC7) | C | Interest | | | Redeemed | 04/02/18 | O | A | 122 |
| 155. North Tonawanda NY Various Purp Serial Bds 4/1/2019 (662871XA5) | C | Interest | M | T | | | | | 123 |
| 156. West Virginia Economic Dev Auth 03/01/40 (95648VAVI) | C | Interest | | | Buy | 09/06/18 | O | | |
| 157. | | | | | Sold | 11/19/18 | O | | |
| 158. Schenectady NY Go Bans Ser 2018 05/09/19 (8064492W3) | | None | | | Buy | 05/09/18 | O | | |
| 159. | | | | | Sold | 11/01/18 | O | | |
| 160. Glen Falls NY Go Bd Antic Nts Ser 06/07/19 (378820PE8) | | None | O | T | Buy | 06/07/18 | O | | |
| 161. Board Coop Edl Svcs NY Sole Supervisory 06/14/19 (096575KG9) | | None | O | T | Buy | 08/31/18 | O | | |
| 162. | | | | | Buy (add'l) | 10/03/18 | M | | |
| 163. Peru NY Cent Sch Dist Dist Rfdg G/O BKQLFD 6/15/2019 (715626JA6) | D | Interest | N | T | | | | | 113 |
| 164. Chenango Forks NY Cent Sch Dist Bd 06/18/19 (164087FS2) | | None | O | T | Buy | 06/18/18 | O | | |
| 165. Ogdensburg NY Enlarged City Sch 06/19/19 (676490FV2) | | None | O | T | Buy | 06/19/18 | O | | |
| 166. Geneva NY City Sch Dist Go Bans Ser 06/28/19 (372172MR4) | | None | O | T | Buy | 07/12/18 | O | | |
| 167. Tompkins-Seneca-Tioga NY Brd Coop Edl 06/28/19 (890114BM2) | | None | O | T | Buy | 10/26/18 | O | | |
| 168. Suffolk Cnty NY Tax Antic Nts Ser 2019 07/24/19 (86476PYL6) | | None | O | T | Buy | 12/20/18 | O | | |
| 169. Board Coop Edl Svcs NY Sole Supervisory 09/27/19 (096575KKO) | | None | N | T | Buy | 10/02/18 | N | | |
| 170. Schoharie Cnty NY Bans Ser 2018 11/07/19 (807025CX7) | | None | O | T | Buy | 11/07/18 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lehrburger, Robert W. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Ulster Cnty NY Bd Antic Nts Ser 2018 11/20/19 (903766N90) | | None | O | T | Buy | 11/20/18 | O | | |
| 172. Lockport Town NY Bd Antic Nts Ser 2018 12/11/19 (540057RF5) | | None | O | T | Buy | 12/12/18 | O | | |
| 173. Dickinson Tex Indpt Sch Distvar rt Ultd Tax Ref 8/1/2037 (253363UD5) | C | Interest | | | Sold | 12/12/18 | N | | 136 |
| 174. S Cent Regl Med Ctr Rev 3/1/2020 (837256AA4) | D | Interest | O | T | | | | | 132 |
| 175. NY St Energy Resh & Dev Auth 06/01/29 (649845GZ1) | C | Interest | M | T | Buy | 02/12/18 | M | | |
| 176. NY St Energy Resh & Dev Auth 02/01/29 (649845HA5) (X) | E | Interest | O | T | | | | | |
| 177. Houston Tex Indpt Sch Dist Ltd Tax Ref Bds 6/1/2029 (442403GL9) | D | Interest | | | Sold | 12/12/18 | O | | 115 |
| 178. Northside Tx Indep ScGO 6/1/2047 (66702RRP9) | D | Interest | | | Sold | 12/12/18 | O | | 116 |
| 179. NY St Dorm Auth Revsnon Rev Bds 7/1/2020 (64990BS46) | D | Interest | N | T | | | | | 142 |
| 180. Metropolitan Transn Auth NY Rev 11/15/45 (59261AVE4) | E | Interest | O | T | Buy | 01/24/18 | O | | |
| 181. Metropolitan Transn Auth NY Rev Bans 05/15/21 (59261AVU8) | D | Interest | N | T | Buy | 07/11/18 | N | | |
| 182. Fort Bend Tex Indpt Sch Dist For Issues 08/01/42 (346843LQ6) (X) | C | Interest | N | T | Redeemed (part) | 08/01/18 | J | | |
| 183. Metropolitan Transn Auth NY Rev Bans 09/01/21 (59261AXD4) | B | Interest | N | T | Buy | 10/26/18 | N | | |
| 184. Burke Cnty GA Dev Auth Pollutn Ctl Rev 10/10/32 (121342PH6) | C | Interest | M | T | Buy | 02/09/18 | M | | |
| 185. San Antonio Tex Elec & Gas Rev Var Rt Jr 02/01/33 (7962537R7) (X) | D | Interest | O | T | | | | | |
| 186. Chautauqua Cnty NY Cap Resource Corp 11/01/31 (162542AD6) | | None | O | T | Buy | 11/01/18 | O | | |
| 187. Metropolitan Transn Auth NY Dedicated 11/01/31 (59259N8Q9) | A | Interest | | | Buy | 09/07/18 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lehrburger, Robert W. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold | 10/02/18 | M | | |
| 189. Montana St Brd Invt Rev-Annual 3/1/2035 (61299AEL9) | C | Interest | | | Sold | 03/01/18 | N | | 127 |
| 190. Champaign Cnty Ill Pub Safety Sales Bds 01/01/18 (158195DG9) (X) | | None | | | Redeemed | 01/02/18 | N | | |
| 191. NY NY City Hsg Dev Corp 05/01/20 (64972CJD6) | | None | | | Buy | 01/04/18 | O | | |
| 192. | | | | | Sold | 01/17/18 | O | | |
| 193. Nassau Health Care Corp NY Rev Var Rev 08/01/29 (63167NAW6) | C | Interest | | | Buy | 03/12/18 | O | | |
| 194. | | | | | Sold | 06/07/18 | O | | |
| 195. Nassau Cnty NY Indl Dev Agy Civic Fac 01/01/34 (631657KW2) | A | Interest | | | Buy | 07/31/18 | O | | |
| 196. | | | | | Sold | 08/15/18 | O | | |
| 197. Taylor-Ryan Impt Dist Ala Impt Bds 11/01/35 (87726KAE5) | B | Interest | | | Buy | 04/16/18 | N | | |
| 198. | | | | | Sold (part) | 06/07/18 | M | | |
| 199. | | | | | Sold (part) | 06/18/18 | M | | |
| 200. | | | | | Redeemed | 06/19/18 | N | | |
| 201. | | | | | Buy (add'l) | 06/26/18 | N | | |
| 202. | | | | | Sold (part) | 07/12/18 | M | | |
| 203. | | | | | Redeemed (part) | 08/24/18 | J | | |
| 204. | | | | | Redeemed | 09/05/18 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. New York NY City Tr Cultural Rev Var 10/01/36 (649717NP6) | A | Interest | | | Buy | 04/04/18 | O | | |
| 206. | | | | | Sold (part) | 04/25/18 | N | | |
| 207. | | | | | Sold | 06/07/18 | M | | |
| 208. New York St Hsg Fin Agy Rev 625 West 05/01/49 (6498602F3) | | None | | | Buy | 08/15/18 | N | | |
| 209. | | | | | Sold | 08/22/18 | N | | |
| 210. New York NY City Health & Hosp Corp 02/15/31 (649674GSI) | | None | | | Buy | 08/20/18 | M | | |
| 211. | | | | | Sold | 08/29/18 | M | | |
| 212. Mineral Royalty Interests (H) | | | | | | | | | |
| 213. Mineral Royalty Interest - Atascosa County, Texas | D | Royalty | J | W | | | | | 6, 72 |
| 214. Mineral Royalty Interest - Crockett County, Texas | E | Royalty | K | W | | | | | 6, 72 |
| 215. Mineral Royalty Interest - Midland County, Texas | D | Royalty | J | W | | | | | 6, 72 |
| 216. Mineral Royalty Interest - Reagan County, Texas | G | Royalty | N | W | | | | | 6, 72 |
| 217. Mineral Royalty Interest - Upton County, Texas | H1 | Royalty | P1 | W | | | | | 6, 18, 30, 72 |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII of this report has been restructured by account, with assets listed in brokerage order. Where necessary to account for name/symbol changes or multiple entries of the same investment, corresponding line numbers in the prior report have been included in Column D(5) for ease of review. This is not indicative of reportable transactions.

Part VII, lines 213-217: These entries represent expanded reporting of duplicate entries on lines 6, 18, 30, and 72 of the initial report. This expanded reporting is not indicative of new holdings or reportable transactions.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Part VII, lines 10, 22, 59, 62, 77, 78, 103, 114, 120, 125, 126, 128, 130, 139, and 144-173 of the initial report are not reportable in this reporting period. There are no corresponding reportable transactions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert W. Lehrburger**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544